IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bingham Sr, Lloyd

Printed: 01/06/09

Case Number: 07 B 05996
Judge: Hollis, Pamela S
Filed: 4/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 24, 2008
Confirmed: July 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 32,300.00 |  |
| Secured: |  | 25,683.70 |
| Unsecured: |  | 4,706.87 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,909.43 |
| Other Funds: |  | 0.00 |
| Totals: | 32,300.00 | 32,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | General Mills Credit Union | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 16,481.85 | 16,481.85 |
| 4. | General Mills Credit Union | Secured | 7,740.66 | 7,740.66 |
| 5. | America's Servicing Co | Secured | 12,809.20 | 1,461.19 |
| 6. | ECast Settlement Corp | Unsecured | 361.73 | 282.39 |
| 7. | General Mills Credit Union | Unsecured | 2,366.72 | 1,847.65 |
| 8. | LHR Inc | Unsecured | 3,300.75 | 2,576.83 |
|  |  |  | $ 43,060.91 | $ 30,390.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 933.12 |
| 6.5% | 976.31 |
|  | $ 1,909.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

